**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7577**

---

DOSSIE FAISON, JR.,

                                        Plaintiff - Appellant,

        versus


B. CARABALLO, Unit Manager; JOHN B. TAYLOR,
Warden, Sussex State Prison; D. E. WILMOUTH,
Unit Manager, Sussex State Prison; JOHN DOES,
Director/Assistant Deputy Director, et al,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Robert E. Payne, District Judge.
(CA-00-225)

---

Submitted:  March 22, 2001          Decided:  March 28, 2001

---

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Dossie Faison, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dossie Faison, Jr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Faison v. Caraballo</u>, No. CA-00-225 (E.D. Va. Oct. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>